# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0099
Lower Tribunal No. 2007-CF-004511

_____

ANGEL DANIEL CARABALLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Tanya Davis Wilson, Judge.

May 1, 2026

PER CURIAM.

Angel Daniel Caraballo appeals the trial court's order denying his rule 3.800(a) motion and argues that his sentences on counts one and two are illegal because both fail to reflect his parole eligibility. The State concedes error. We agree.

Therefore, we reverse the trial court's order denying Caraballo's motion and remand for the trial court to amend both the life sentence on count one and the life sentence on count two to state that Caraballo is eligible for parole after completing

the 25-year mandatory minimum term.  Caraballo's presence is not required for those ministerial corrections.

REVERSED and REMANDED with instructions.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Angel Daniel Caraballo, Avon Park, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED